UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOUGLAS ALLEN,<br><br>    Defendant.<br>_____/ | Case: 1:22-cr-20339<br>Assigned To : Ludington, Thomas L.<br>Referral Judge: Morris, Patricia T.<br>Filed: 7/5/22<br>INFO USA V ALLEN (LH)<br><br>Violations:<br>18 U.S.C. § 1951<br>18 U.S.C. § 844(i) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
**Extortion by Wrongful Use of Force, Violence, or Fear**
**(18 U.S.C. § 1951)**

On or about September 15, 2021, in the Eastern District of Michigan, John Douglas Allen, defendant herein, did attempt to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, Defendant attempted to obtain the property of Verizon, Inc., with Verizon, Inc.'s consent induced by the wrongful use of force, violence, and fear, including fear of economic loss, in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
Attempted Destruction of Building Used in Interstate Commerce
(18 U.S.C. § 844(i))

That on or about September 15, 2021, said date being approximate, in the Eastern District of Michigan, JOHN DOUGLAS ALLEN, defendant herein, maliciously attempted to damage and destroy, by means of fire and explosive materials, the Verizon Store, located in the building at 1006 South Main Street, Plaza 27, Suite 3, Cheboygan Michigan, 49721, said building used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## FORFEITURE ALLEGATIONS

**18 U.S.C. § 924(d), 18 U.S.C. § 844(c), 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B), and 28 U.S.C. § 2461(c).**

The allegations contained in Counts One, Two, and Three of this Information are hereby re-alleged for purposes of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 844(c), 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 1951 set forth in Count One of this Information, the defendant, JOHN DOUGLAS ALLEN, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant 18 U.S.C. §

924(d) and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the violation.

Upon conviction of the offenses in violation of 18 U.S.C. § 844 set forth in Counts Two of this Information, the defendant, JOHN DOUGLAS ALLEN, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violations.

3. If any of the property identified for forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

THIS IS A TRUE INFORMATION

DAWN N. ISON
United States Attorney


s/*Michael Martin*
MICHAEL MARTIN
Assistant United States Attorney
Chief, National Security Unit


s/*J. Michael Buckley*
J. MICHAEL BUCKLEY
Assistant United States Attorney
Deputy Chief, Branch Office


s/*Jerome Gorgon*
JEROME GORGON
Assistant United States Attorney


Dated:  July 5, 2022

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>21-mj-30443 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes        X **No** | AUSA's Initials:   JMB |

**Case Title:** USA v. John Douglas Allen

**County where offense occurred:**   Cheboygan County

**Check One:**   X **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

```
_____Indictment/_____Information ---   no prior complaint.
_____Indictment/___x___Information ---   based upon prior complaint [Case number:] 21-mj-30443
_____Indictment/_____Information ---   based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: July 5, 2022

s/*J. Michael Buckley*
J. Michael Buckley
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: Michael.buckley@usdoj.gov
Attorney Bar #:   P-36167

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.